**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

| | |
|---|---|
| MANSOOR NOORUDDIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 11-1188-EFM-JPO |
| vs. | ) |
| | ) |
| COMERICA INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

NOW, on this 4th day of October, 2012, this cause comes before the Court on Counterclaim-Plaintiff, Comerica Bank's ("Comerica"), Motion for Default Judgment (Doc. 39) against Counterclaim-Defendant, Mansoor Nooruddin ("Nooruddin"). The Court, being duly advised in the premises, finds that Defendant Nooruddin was properly served with the Counterclaim, has failed to answer or otherwise respond to Comerica's Counterclaim, and is in default.

IT IS THEREFORE FURTHER ORDERED, ADJUDGED AND DECREED, that Comerica is entitled to judgment against defendant Nooruddin on each count of the Counterclaim as follows:

1) As to Count I in the amount of $832.00, interest accruing after the date of judgment at the statutory rate, attorneys' fees and costs in the amount of $2,949.75; and,

2) As to Count II in the amount of $225.00, interest accruing after the date of judgment at the statutory rate, attorneys' fees and costs in the amount of $2,949.75; and,

3) As to Count III in the amount of $832.00, interest accruing after the date of judgment at the statutory rate, attorneys' fees and costs in the amount of $2,949.75; and,

2

4) As to Count IV in the amount of $225.00, interest accruing after the date of judgment at the statutory rate, attorneys' fees and costs in the amount of $2,949.75;

for a total judgment in favor of Comerica and against Nooruddin in the amount of $1,057.00 plus interest accruing after the date of judgment at the statutory rate, and attorneys' fees and costs in the amount of $2,949.75.

*Eric F. Melgren*
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE

7514.052